UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHARI KIMPEL,

    Plaintiff,

v.  Case No. 6:17-cv-1023-Orl-37DCI

GIANT RECREATION WORLD, INC.,

    Defendant.

## ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreement (Doc. 25), and U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 26 ("**Report**")). No party objected to the R&R, and the time to do so has passed.

When written objections to the proposed findings and recommendations in a magistrate judge's report and recommendation are filed, the district court must make a de novo determination of the portions of the report to which an objection is made. 28 U.S.C. § 636(b)(1). But when the litigants fail to file specific objections to the magistrate's factual findings, the district court reviews the report and recommendation for clear error—not under the stricter de novo standard of review. *See Garvey v. Vaugh*, 993 F.2d 776, 779 n.9 (11th Cir. 1993); *Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016). Ultimately, the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).

-1-

In the absence of objections, the Court has reviewed the Report for clear error and has found none. As such, the Report is due to be adopted in its entirety.

CONCLUSION

Upon consideration, **IT IS ORDERED** that:

(1) U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 26) is **ADOPTED, CONFIRMED**, and made part of this Order.

(2) Joint Motion for Approval of Settlement Agreement (Doc. 25) is **GRANTED**.

(3) The Settlement Agreement (Doc. 25-1) is **APPROVED**.

(4) This action is **DISMISSED WITH PREJUDICE**, and the Clerk of Court is **DIRECTED TO CLOSE** this file.

**DONE AND ORDERED** in Orlando, Florida, this 19th day of March, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record